

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Jim Kelly, Karl Baldwin, and Wood Master Homes v. Karen Tracy

Appellate case number:     01-18-00913-CV

Trial court case number:    1091620

Trial court:                County Civil Court at Law No. 1 of Harris County

Appellee, Karen Tracy, has filed her fifth motion to extend time, citing appellee's death on February 25, 2019, while this appeal was pending. Appellee's motion explains that "[p]robate has not been established and the undersigned is not authorized to proceed with the representation of the estate," and indicates appellee's sister may have employed her own counsel and begun probate proceedings. As with her previous motions, appellee requests a 30-day extension. Ten days have passed without a response from appellants. TEX. R. APP. P. 10.3(a)(1). Although our prior orders warned no further extensions would be granted absent exceptional circumstances, we find appellee's death to be an exceptional circumstance. Accordingly, we **grant** the motion and **order** appellee's briefing deadline extended to November 18, 2019.

We further **notify** appellee that the Court will consider requests for 60-day extensions of time in this case so long as appellee's motion updates the status of the probate proceedings and the approximate date appellee's brief may be filed. Appellee's motions to extend time must continue to comply with the Rules. *See* TEX. R. APP. P. 10.1, 10.5(b).

It is so ORDERED.


Judge's signature:    /s/ Evelyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court


Date: October 31, 2019